**PATRICK J. JOYCE,**
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2022
```

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

April 6, 2022

Honorable Analisa Torres
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10013

    Re: USA v. Weifa Zhang
    1:22-cr-125

Dear Judge Torres:

    On March 29, 2022 I was the scheduled attorney to represent indigent defendants pursuant to the Criminal Justice Act. As such, I was appointed to represent Mr. Zhang. Since then, Mr. Lance Lazzarro has been retained to represent Mr. Zhang. (See, docket entry 17). I now request that the court relieve me as counsel to Mr. Zhang.

Respectfully submitted,

Patrick Joyce

GRANTED.

SO ORDERED.

Dated: April 6, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge