```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

     -v-

Weifa Zhang ,

    Defendant(s).

-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

22 -CR- 00125 (AT) (__)

Defendant __Weifa Zhang_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

X _Weifa Zhang_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Weifa Zhang**
Print Defendant's Name

_____
Defense Counsel's Signature

**Lance Lazzaro**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

April 7, 2022

_____
ANALISA TORRES
United States District Judge