UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

WEIFA ZHANG,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/4/2025__

22 Cr. 125-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court is in receipt of Mr. Lazzaro's response dated May 23, 2025. ECF No. 150. By **June 9, 2025**, Mr. Lazzaro shall inform the Court whether and how he has communicated to Defendant that he will not be representing him in connection with his motion to file an untimely appeal, ECF No. 147.

        SO ORDERED.

Dated: June 4, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge