UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

WEIFA ZHANG,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/12/2025
```

22 Cr. 125-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Attorney Lance Lazzaro's affirmations dated May 27 and June 9, 2025. ECF Nos. 150, 152. His motion to withdraw is GRANTED. The Clerk of Court is respectfully directed to terminate Mr. Lazzaro from the docket.

      SO ORDERED.

Dated: June 12, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge