

**Hooper, Yang & Associates P.C.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2025

450 7th Ave, Suite 305, New York, NY 10123
Tel.: (212) 2688668
E. Mail: hooperyanglaw@gmail.com

August 5, 2025

The Honorable Judge Analisa Torres
United States District Court
US District Court For The Southern District of New York
500 Pearl St New York,
NY 10007

**Re: SDNY, 22 Cr. 125-4, USA vs. Weifa Zhang**
**REQUEST PASSPORT RELEASE**

Dear Judge Analisa Torres ,

I am the substituted attorney for Defendant Weifa Zhang.

On behalf of Mr. Zhang, we respectfully request that the Court issue an order directing the release of his expired Chinese passport, which is currently in the possession of Pretrial Services. We have also contacted ADA Vogel, and the government has indicated that it has no objection to this request.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

Hooper, Yang & Associates P.C.

*/s/ Leonard X. Gillespie*

By: Leonard X. Gillespie, Esq.
Attorney for Defendant Weifa Zhang

GRANTED.

SO ORDERED.

Dated: August 5, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge